[No. 72733-8-I.   Division One.   October 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH McKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00940-9, Richard F. McDermott, J., entered November 21, 2014. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 72819-9-I.   Division One.   October 12, 2015.]

LISA DUNAKIN ET AL., *Appellants*, v. MAHER M. ANOUS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-29275-2, Laura Gene Middaugh, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Leach, JJ.

[No. 72846-6-I.   Division One.   October 12, 2015.]

NIELS HVIDTFELDT, *Appellant*, v. SITRION SYSTEMS AMERICAS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-42119-4, Mariane C. Spearman, J., entered November 21, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Trickey, JJ.

[No. 72865-2-I.   Division One.   October 12, 2015.]

ELIZABETH OLSON, *Appellant*, v. TUKWILA SCHOOL DISTRICT, *Respondent*.

